UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORREST EDWARD GRAY,

Plaintiff,

v.

KONRAD,

Defendant.

Case No. 23-cv-02970-RS (PR)

**ORDER REOPENING ACTION;**

**ORDER OF TRANSFER**

This federal civil rights action was dismissed because plaintiff did not comply with the Court's instructions to file his suit electronically. (Dkt. No. 7.) Since dismissal, plaintiff has provided good cause to be excused from the e-filing requirement. (Dkt. No. 9.) Accordingly, this action is REOPENED. The Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at CSP-Sacramento, which is in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 31, 2023

RICHARD SEEBORG
Chief United States District Judge