UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST EDWARD GRAY, | No. 2:23-cv-02526-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| KONRAD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff asks for assistance in locating defendant Zuljman. ECF No. 30. Plaintiff informs the court that he has inquired with prison officials and submitted a request under the California Public Records Act, but has not received the necessary information. *Id.*

Defendants' counsel shall query the Department of Corrections and Rehabilitation to ascertain the whereabouts of Zuljman (or similar name), who worked at California State Prison – Sacramento in June of 2022 and may have begun working at Mule Creek State Prison since that time. If defendant Zuljman is still employed with the Department of Corrections or Rehabilitation or any other California state agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the business address of defendant Zuljman, counsel shall provide the address to plaintiff. In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of defendant Zuljman, counsel shall so inform the

1

1 | court.  Defendants' counsel shall file and serve the appropriate response within twenty-one days
2 | of the file date of this order.
3 |     So ordered.
4 |
5 | Dated: November 21, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE