UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST GRAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KONRAD, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-02526-DC-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 31, 33, 50, 53) |

Plaintiff, a state inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1] (Doc. No. 50.) Plaintiff has filed objections to the findings and recommendations. (Doc. No. 51.) However, Plaintiff's objections do not provide a basis upon which to reject the magistrate judge's findings and recommendations.

---

[1] The magistrate judge refers to Plaintiff's first amended complaint as the "FAC" and the "TAC" interchangeably throughout the findings and recommendations. (Doc. No. 50.) The court notes that despite this error, the complaint addressed in the findings and recommendations is Plaintiff's first amended complaint filed on February 15, 2024. (*Id.*)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2025, (Doc. No. 50) are adopted in full;

2. Defendant Konrad's motion to dismiss (Doc. No. 31) is GRANTED, and the complaint is dismissed with leave to amend within 30 days of the date of this order;[2]

3. Plaintiff's motion for a protective order (Doc. No. 33) is DENIED; and

4. Defendants' request for clarification (Doc. No. 53) is DENIED as having been rendered moot by this order.

IT IS SO ORDERED.

Dated:   **September 16, 2025**

Dena Coggins
United States District Judge

---

[2] On July 10, 2025, Plaintiff filed a document after the magistrate judge issued the findings and recommendations that the court considers to be Plaintiff's second amended complaint. (Doc. No. 52.) Plaintiff need not further amend the second amended complaint, but if he wishes to do so, he may file a third amended complaint within 30 days of the date of this order. If Plaintiff does not file a third amended complaint within that time, the case will proceed on his second amended complaint.