ANH. H. PHOONG, ESQ. (SBN 284616)
AMANDA C. SCHUCHHARDT, ESQ. (SBN 312391)
**PHOONG LAW CORPORATION**
8928 Volunteer Lane, Suite 100
Sacramento, CA 95826
(916) 993-8220
anh@phoonglaw.com
amanda@phoonglaw.com

Attorney for Plaintiff
FORREST E. GRAY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST E. GRAY,<br><br>     Plaintiff,<br><br> v.<br><br>KONRAD, et al.,<br><br>     Defendant. | Case No. 2:23-CV-02526-DC-EFB<br><br>***JOINT*** STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT (DKT. 56)<br><br>District Judge Dena M. Coggins<br>Magistrate Edmund F. Brennan<br><br>Date Filed:  June 16, 2023<br>Trial Date:  To be Set |

The Parties, by and through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows:

WHEREAS:

1.    Plaintiff FORREST GRAY initiated this action June 16, 2023. (Dkt. 1)

2.    On January 22, 2024 the Court dismissed Plaintiff's Complaint with Leave to Amend. (Dkt. 13)

3.    On February 15, 2024, Plaintiff filed a First Amended Complaint. (Dkt. 17)

4.    On November 19, 2024, Defendant A. Konrad moved to dismiss. (Dkt. 31)

5.    On April 25, 2025, Defendant Z. Lujan filed his Answer to Plaintiff's First Amended Complaint. (Dkt. 46)

6.    On June 27, 2025, the Magistrate Judge issued an Order and Findings (Dkt. 50) recommending Defendant A. Konrad's Motion to Dismiss be granted and recommending Plaintiff be granted leave to amend. (Id. at 10:20-23)

7.    On July 10, 2025, Plaintiff filed Objections to the Order (Dkt. 51) and attempted to file a Second Amended Complaint. (Dkt. 52)

8.    On September 17, 2025, the District Judge entered an Order Adopting the Findings and Recommendations of the Magistrate (Dkt. 56) providing Plaintiff until October 17, 2025 to file a Third Amended Complaint. (Id. at 2:8-10)

9.    Plaintiff FORREST GRAY, who is presently confined in California State Prison Sacramento, has just retained legal counsel to represent him in this matter.

10.    Immediately upon being retained by Plaintiff, his legal counsel promptly filed a Notice of Appearance on October 14, 2025. (Dkt. 57).

11.    The parties agree that a sixty (60) day extension of the current deadline for Plaintiff to file Third Amended Complaint is necessary to allow Plaintiff's counsel time to receive and review the file and fully evaluate all of Plaintiff's potential claims prior to the filing.

12.    Good cause supports this joint request to extend the deadline in order to prevent prejudice to Plaintiff, facilitate meaningful legal representation for Plaintiff, maintain litigation momentum, preserve judicial resources, and ensure effective court oversight.

1 | Dated: October 20, 2025        PHOONG LAW CORPORATION

2

3        By: _/s/ *Amanda C. Schuchhardt*___

4           ANH H. PHOONG, ESQ.
          AMANDA C. SCHUCHHARDT, ESQ.

5           Attorney for PLAINTIFF
          FORREST GRAY

6 | Dated: October 20, 2025        OFFICE OF THE ATTORNEY GENERAL
            DEPARTMENT OF JUSTICE

7

8        By: ___/s/ *Destiny Salcido*_____

9           DESTINY SALCIDO, ESQ..
          Attorney for DEFENDANTS

10           A. KONRAD and Z. LUJAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE TAC
Case No. 2:23-CV-02526-DC-EFB

1

**ORDER**

2      Having considered the stipulated request of the parties, and with good cause appearing, the

3  Court orders as follows:

4      1.     The deadline for Plaintiff FORREST GRAY to file a Third Amended Complaint is

5  extended sixty days to December 17, 2025.

6

7  IT IS SO ORDERED.

8

9

10  DATED: October 24, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE