UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST EDWARD GRAY, | No. 2:23-cv-02526-DC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| KONRAD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. Prior to his retention of counsel, plaintiff filed a motion for a settlement conference. ECF No. 55. Shortly thereafter, the court granted defendants' motion to dismiss the complaint, giving plaintiff leave to file an amended complaint. ECF No. 56. On December 15, 2025, plaintiff filed a third amended complaint. ECF No. 62.

Because the court has yet to review the third amended complaint to determine whether plaintiff has stated any potentially cognizable claims, the motion for settlement conference (ECF No. 55) is DENIED as premature.

So ORDERED.

DATED: January 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1